1  MARY KATE SULLIVAN (State Bar No. 180203)
   MEGAN C. KELLY (State Bar No. 251293)
2  mck@severson.com
   GABRIEL M. HUEY (State Bar No. 291608)
3  gmh@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, California 94111
   Telephone: (415) 398-3344
6  Facsimile: (415) 956-0439

7  Attorneys for Defendants
   NATIONSTAR MORTGAGE LLC;
8  DEUTSCHE BANK TRUST COMPANY
   AMERICAS AS TRUSTEE FOR
9  RESIDENTIAL ACCREDIT LOANS, INC.
   PASS THROUGH CERTIFICATES 2006-Q03

10

11                    UNITED STATES DISTRICT COURT

12        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

13

14  GARY LOHSE and HANNEKE LOHSE,          Case No. 2:15-cv-02623-WBS-KJN

15              Plaintiffs,                **ORDER RE DEFENDANTS' REQUEST
                                           TO APPEAR TELEPHONICALLY AT
16        vs.                              MOTION TO DISMISS PLAINTIFFS'
                                           COMPLAINT FOR DECLARATORY
17  DEUTSCHE BANK TRUST COMPANY            JUDGMENT**
    AMERICAS AS TRUSTEE FOR
18  RESIDENTIAL ACCREDIT LOANS, INC.       **Motion To Dismiss Hearing Date**
    PASS THROUGH CERTIFICATES 2006-        Date:      April 4, 2016
19  Q03; NATIONSTAR MORTGAGE LLC and       Time:      1:30 p.m.
    DOES 1 through 10, inclusive,          Crtrm.:    Courtroom 5
20                                         Judge:     Hon. William B. Shubb
               Defendants.
21                                         [*Filed Concurrently With Defendants' Request
                                           To Appear Telephonically At Motion To
22                                         Dismiss Complaint For Declaratory
                                           Judgment*]
23
                                           Action Filed:     December 18, 2015
24

25

26

27

28
─────────────────────────────────────────────────
11951.0721/7078359.1
        [PROPOSED] ORDER RE DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO
                    DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT

## ORDER

Defendants NATIONSTAR MORTGAGE LLC and DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC. PASS THROUGH CERTIFICATES 2006-Q03's (collectively, "Defendants") Request To Appear Telephonically At Motion To Dismiss Complaint For Declaratory Judgment was filed with the Court.

Having reviewed and considered the written submission, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Defendants' request to appear telephonically at the hearing on the Motion to Dismiss on April 4, 2016 at 1:30 p.m. is GRANTED.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated:  March 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT