# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**GARY LOHSE, ET AL.,**

CASE NO: **2:15–CV–02623–WBS–KJN**

v.

**DEUTSCHE BANK TRUST COMPANY AMERICAS, ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/5/16**

**Marianne Matherly**
Clerk of Court

ENTERED: **April 5, 2016**

by: /s/ H. Kaminski
Deputy Clerk